# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

_____

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

May 14, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/14/2026
```

**VIA ECF ELECTRONIC FILING**
Hon. Katherine H. Parker, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

       **Re:    Manny Pastreich, as Trustee, et al. v. 250 South 18th St. Condominiums**
           **Civil Action No. 26-cv-997**

Dear Judge Parker:

      Our firm is counsel for the respective Plaintiffs in this matter (the "Funds"). Presently, an Initial Conference is scheduled before Your Honor for May 18, 2026. The Funds ask that this Conference be adjourned. This is the first request for an adjournment.

      The gravamen of this litigation concerns alleged audit noncompliance by Defendant 250 South 18th Street Condominiums ("Defendant") with a Funds' audit. In late April and early May 2026, Defendant produced significant records to the Funds that it represents are the complete audit documents, and the Funds' auditors are presently reviewing the records for completeness. The delivery of these records was delayed slightly due to the undersigned being out of the office for his wedding and honeymoon. Nevertheless, if the records are complete, the matter will be resolved. If not, it appears that Defendant will produce the remaining records promptly. In light of same, the Funds ask that the Conference be adjourned to a later date.

      Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the parties.

                    Respectfully submitted,

                    */s/ Samuel R. Bloom*
                    Samuel R. Bloom

**APPLICATION GRANTED:** The the Initial Conference set for 5/18/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, July 22, 2026 at 12:00 p.m.</u> Counsel is directed to file a status letter with the Court by <u>06/15/2026.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

05/14/2026