**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND AND BUILDING SERVICE
32BJ SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN,

                                   Plaintiffs,

                  -against-

250 SOUTH 18TH STREET CONDOMINIUMS
a/k/a 250 SOUTH 18TH STREET
CONDOMINIUM,

                                   Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   05/27/2026

**26-CV-997 (VSB) (KHP)**

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

In light of the Notice of Voluntary Dismissal filed on May 26, 2026 (doc. no 18) the Initial

Case Management Conference currently scheduled for **July 22, 2026,** is hereby adjourned *sine*

*die*.

                **SO ORDERED.**

DATED:        New York, New York
              May 27, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge